1 | DAVEN G. LOWHURST (CA BAR #124723)
Email: lowhurstd@howrey.com
2 | AARON R. GRUBER (CA BAR #209509)
Email: grubera@howrey.com
3 | **HOWREY LLP**
525 Market Street, Suite 3600
4 | San Francisco, CA  94105-3606
Tel. 415.848.4900
5 | Fax 415.848.4999

6 | Attorneys for Plaintiff
CENTEX HOMES

FILED
APR 2 0 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CENTEX HOMES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, AC CONCRETE and STEVEN MICHAEL PARSONS,<br><br>　　　　　　Defendants. | Case No. 1:07-CV-00570-AWI-SWS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

1   Plaintiff Centex Homes ("Centex") and Defendant Financial Pacific Insurance Company
2   ("FPIC") have settled this action and have agreed to dismiss the claims in this action, pursuant to their
3   Settlement Agreement and Release effective as of March 12, 2010 (the "Settlement Agreement"), and
4   hereby submit this Stipulation of Dismissal.

5   Steven Michael Parsons and Steven Michael Parsons dba AC Concrete ("PARSONS") and
6   Centex Homes or its predecessors in interest or affiliates ("CENTEX"), entered into construction
7   agreements under which PARSONS provided labor, materials and services in connection with the
8   construction of homes on behalf of CENTEX. During the pendency of this action, undersigned
9   counsel for PARSONS learned that PARSONS was deceased and filed a Notice Re Suggestion Of
10  Death of Steven Michael Parsons. Counsel for PARSONS, despite diligent inquiry, has been unable to
11  locate any heir of PARSONS nor any probate or other estate proceeding. Consequently, Centex and
12  FPIC settled this action and have agreed to dismiss the claims in this action, pursuant to the Settlement
13  Agreement, without PARSONS or heirs or successors being a party to the Settlement Agreement.

14  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Centex and FPIC
15  hereby stipulate to dismiss with prejudice all claims in this action, consistent with and subject to the
16  terms of the Settlement Agreement, and all of the parties herein stipulate to bear their own respective
17  attorney's fees and costs herein.

18  IT IS SO STIPULATED.

19

20  DATED: April 19, 2010          HOWREY LLP

21                                 By ___/s/ Aaron Gruber___
22                                 AARON R. GRUBER
                                   Attorneys for Plaintiff CENTEX HOMES
23
    DATED: April 19, 2010          FOTOUHI EPPS HILLGER GILROY LLP
24
                                   By ___/s/ Mark Divelbiss___
25                                 MARK DIVELBISS
                                   Attorneys for Defendant FINANCIAL PACIFIC
26                                 INSURANCE COMPANY

27

28
                                              -1-
HOWREY LLP  Case No. 07-cv-00570-AWI-SWS
            STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
            WITH PREJUDICE

            DM_US:23163816_1

1  DATED: April 19, 2010           ARCHER NORRIS LLP

2                                  By   /s/ Sean White
                                   SEAN WHITE
3                                  Attorneys for Defendant FINANCIAL PACIFIC
                                   INSURANCE COMPANY
4

5
   DATED: April 19, 2010           ANWYL SCOFFIELD & STEPP, LLP
6
                                   By   /s/ Lindy Scoffield
7                                  LINDY SCOFFIELD
                                   Former attorneys for Steven Michael Parsons (deceased) dba
8                                  AC Concrete, for the purpose of confirming that a Notice of
                                   Suggestion of Death was served, and that Parsons's insurer
9                                  FPIC has settled the case on behalf of Parsons.
10

11
                        **RULE 7-131(e) CERTIFICATION**
12

13       I, Aaron R. Gruber, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other

14 counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on

15 that counsel's behalf.

16       Executed this 19th day of April 2010, at San Francisco, California.

17
                                        /s/ Aaron R. Gruber
18                                      Aaron R. Gruber
                                        Attorney for Plaintiff CENTEX HOMES
19

20                              **ORDER ON STIPULATION**
21

22       The parties having so stipulated, and good cause appearing, the dismissals set forth above are

23 **SO ORDERED**.

24

25 Dated: April 20, 2010            _____
                                   Judge of the United States District Court
26

27

28

HOWREY LLP   Case No. 07-cv-00570-AWI-SWS              -2-
             STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
             WITH PREJUDICE

             DM_US:23163816.1