1 | DAVEN G. LOWHURST (CA BAR #124723)
Email: lowhurstd@howrey.com
2 | AARON R. GRUBER  (CA BAR #209509)
Email: grubera@howrey.com
3 | **HOWREY LLP**
525 Market Street, Suite 3600
4 | San Francisco, CA  94105-3606
Tel. 415.848.4900
5 | Fax 415.848.4999

6 | Attorneys for Plaintiff
CENTEX HOMES
7 |

8 |
UNITED STATES DISTRICT COURT
9 |
EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION
10 |

11 |
12 | CENTEX HOMES,                           Case No. 1:07-CV-00570-AWI-SWS
13 |            Plaintiff,                  **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**
14 |     vs.

15 | FINANCIAL PACIFIC INSURANCE
COMPANY, AC CONCRETE and STEVEN
MICHAEL PARSONS,
16 |
17 |            Defendants.

18 |
...
28 |

HOWREY LLP

Case No. 07-cv-00570-AWI-SWS
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE

DM_US:23163816_1

1  Plaintiff Centex Homes ("Centex") and Defendant Financial Pacific Insurance Company
2  ("FPIC") have settled this action and have agreed to dismiss the claims in this action, pursuant to their
3  Settlement Agreement and Release effective as of March 12, 2010 (the "Settlement Agreement"), and
4  hereby submit this Stipulation of Dismissal.

5  Steven Michael Parsons and Steven Michael Parsons dba AC Concrete ("PARSONS") and
6  Centex Homes or its predecessors in interest or affiliates ("CENTEX"), entered into construction
7  agreements under which PARSONS provided labor, materials and services in connection with the
8  construction of homes on behalf of CENTEX. During the pendency of this action, undersigned
9  counsel for PARSONS learned that PARSONS was deceased and filed a Notice Re Suggestion Of
10 Death of Steven Michael Parsons. Counsel for PARSONS, despite diligent inquiry, has been unable to
11 locate any heir of PARSONS nor any probate or other estate proceeding. Consequently, Centex and
12 FPIC settled this action and have agreed to dismiss the claims in this action, pursuant to the Settlement
13 Agreement, without PARSONS or heirs or successors being a party to the Settlement Agreement.

14 Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Centex and FPIC
15 hereby stipulate to dismiss with prejudice all claims in this action, consistent with and subject to the
16 terms of the Settlement Agreement, and all of the parties herein stipulate to bear their own respective
17 attorney's fees and costs herein.

18 IT IS SO STIPULATED.

20 DATED: April 19, 2010  HOWREY LLP

21  By  /s/ Aaron Gruber
22  AARON R. GRUBER
    Attorneys for Plaintiff CENTEX HOMES

23 DATED: April 19, 2010  FOTOUHI EPPS HILLGER GILROY LLP
24
25  By  /s/ Mark Divelbiss
    MARK DIVELBISS
26  Attorneys for Defendant FINANCIAL PACIFIC
    INSURANCE COMPANY

HOWREY LLP

Case No. 07-cv-00570-AWI-SWS
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE

DM_US:23163816_1

-1-

DATED: April 19, 2010          ARCHER NORRIS LLP

By   /s/ Sean White
SEAN WHITE
Attorneys for Defendant FINANCIAL PACIFIC INSURANCE COMPANY

DATED: April 19, 2010          ANWYL SCOFFIELD & STEPP, LLP

By   /s/ Lindy Scoffield
LINDY SCOFFIELD
Former attorneys for Steven Michael Parsons (deceased) dba AC Concrete, for the purpose of confirming that a Notice of Suggestion of Death was served, and that Parsons's insurer FPIC has settled the case on behalf of Parsons.

### RULE 7-131(e) CERTIFICATION

I, Aaron R. Gruber, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.

Executed this 19th day of April 2010, at San Francisco, California.

/s/ Aaron R. Gruber
Aaron R. Gruber
Attorney for Plaintiff CENTEX HOMES

### ORDER ON STIPULATION

The parties having so stipulated, and good cause appearing, the dismissals set forth above are **SO ORDERED.** The Clerk of the Court shall CLOSE THE CASE.

Dated: April 20, 2010

Judge of the United States District Court